**FILED**
**U.S. District Court**
**District of Kansas**

04/14/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JESSE JOSEPH AICH,

      **Petitioner,**

  v.            **CASE NO. 26-3062-JWL**

DARRIAN CAMPBELL,

      **Respondent.**

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's "Petition Repudiating Order Doc 4. Filed 4-3-26," which asks the Court to reconsider its order that explained that there is no right to a jury trial in this federal habeas proceeding. (Doc. 7.) The Court has considered Petitioner's arguments and finds them unpersuasive. The Court also declines Petitioner's offer to submit "a 45 page brief pertaining to presumptive laws and positive vs. non positive law titles [*sic*]." *See id.* at 1. To be clear, Petitioner should not submit a brief of this nature. The only item the Court anticipates receiving from Petitioner at this time is a response to the memorandum and order to show cause issued in this case on March 24, 2026 (Doc. 3).

**IT IS THEREFORE ORDERED** that the petition (**Doc. 7**) is liberally construed as a motion to reconsider and is **denied**. Petitioner may not file additional briefing of the sort he describes in his motion.

**IT IS SO ORDERED.**

DATED:   This 14th day of April, 2026, at Kansas City, Kansas.

        S/ John W. Lungstrum
        JOHN W. LUNGSTRUM
        United States District Judge

1