**FILED**
**U.S. District Court**
**District of Kansas**
04/27/2026
**Clerk, U.S. District Court**
By: SND Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JESSE JOSEPH AICH,

          **Petitioner,**

    **v.**　　　　　　　　　　　　　　　　　　　**CASE NO. 26-3062-JWL**

DARRIAN CAMPBELL,

          **Respondent.**

**MEMORANDUM AND ORDER**

This is a pro se petition for writ of habeas corpus filed  pursuant to 28 U.S.C. § 2241 by Petitioner Jesse Joseph Aich, a pretrial detainee being held at the Reno County Correctional Facility ("RCCF") in Hutchinson, Kansas. On March 24, 2026, the Honorable John W. Lungstrum, United States District Judge, issued a memorandum and order to show cause ("MOSC") directing Petitioner to show good cause, in writing, why this action should not be dismissed under the abstention doctrines set out in *Ex parte Royall*, 117 U.S. 241 (1886), and *Younger v. Harris*, 401 U.S. 37 (1971). (Doc. 3.) The MOSC was mailed to Petitioner at the RCCF the same day, but was returned to the Court with the envelope marked "Return to Sender," "Refused," and "Unable to Forward." (Doc. 6.)

The deadline for Petitioner to respond to the MOSC was April 24, 2026. (Doc. 3, p. 6.) On that day, the Court received Petitioner's response to the MOSC, which states he does not know why the MOSC was returned to the Court instead of being delivered to him. (Doc. 9, p. 1.) Although Petitioner's response includes arguments on various topics, it does not address the abstention doctrines that were the focus of the MOSC. *Id.* at 1-9. This omission likely occurred because Petitioner did not receive the MOSC, although he states he did not refuse its delivery. In

1

light of this information, the Court liberally construes the response as a motion for extension of time, which will be granted. The clerk will be directed to send Petitioner a second copy of the MOSC and Petitioner will be granted additional time in which to respond to it.

**IT IS THEREFORE ORDERED** that the response (**Doc. 9**) is liberally construed as a motion for extension of time to respond to the memorandum and order to show cause issued on March 24, 2026 (Doc. 3) and is **granted**. Petitioner is granted to and including **June 2, 2026** to show cause, in writing to the Honorable John W. Lungstrum, United States District Judge, why this matter should not be dismissed without prejudice for the reasons set forth in the March 24, 2026 memorandum and order to show cause. The clerk shall send to Petitioner with this order a copy of the memorandum and order to show cause (Doc. 3).

**IT IS SO ORDERED.**

DATED:   This 27th day of April, 2026, at Kansas City, Kansas.

S/ James P. O'Hara
JAMES P. O'HARA
United States Magistrate Judge

2